IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Case No.: 1 17 CR 278 |
| | ) | |
| LARRY P. SMITH, | ) | Title 18, Sections 2252(a)(2) |
| | ) | and 2252A(a)(5)(B), United |
| Defendant. | ) | States Code |

JUDGE ADAMS

### COUNT 1

The Grand Jury charges:

From on or about October 7, 2013, through on or about October 10, 2013, in the Northern District of Ohio, Eastern Division, and elsewhere, defendant, LARRY P. SMITH, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

The Grand Jury further charges:

On or about November 20, 2013, in the Northern District of Ohio, Eastern Division,

defendant, LARRY P. SMITH, did knowingly possess several laptop computers, an Apple computer, and several external hard drives, each of which contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original Document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.