IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17CR00278 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY P. SMITH, | ) | MOTION TO ISSUE ARREST |
| | ) | WARRANT ON INDICTMENT |
| Defendant. | ) | |

The United States of America, by and through its counsel, David A. Sierleja, Acting

United States Attorney, and Carol M. Skutnik, Assistant U.S. Attorney, hereby moves this Court

to issue a warrant for the arrest of Larry P. Smith ("Smith"), pursuant to Fed. Crim. R. 9(a).  On

July 19, 2017, the Grand Jury returned an Indictment against Smith charging him with violations

of 18 U.S.C. 2252(a)(2) and 2252A(a)(5)(B).  A summons issued to the last known address of

Smith was returned to the Court as "undeliverable as addressed" on August 1, 2017.  Additional

research by the Government has revealed Smith's whereabouts have been unknown since shortly

after the execution of a federal search warrant in 2013 during the underlying investigation.

Therefore, the United States respectfully requests that a warrant issue for Smith's arrest.

Respectfully submitted,

DAVID A. SIERLEJA
Acting United States Attorney

By:   /s/ Carol M. Skutnik
       Carol M. Skutnik (OH: 0059704)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3785
       (216) 522-8355 (facsimile)
       Carol.Skutnik@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August 2017 a copy of the foregoing document

was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may

access this filing through the Court's system.

/s/ Carol M. Skutnik
Carol M. Skutnik
Assistant U.S. Attorney

2