IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 1:17-CR-278 |
| | ) | |
| **Plaintiff,** | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF INTENT TO** |
| **LARRY P. SMITH** | ) | **PLEA GUILTY** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Now comes the Defendant, Larry P. Smith, by and through Counsel, and hereby gives notice that the Defendant has reached an agreement with the United States Attorney's Office and intends to change his plea from not guilty to guilty, and respectfully requests this matter be set for a Change of Plea Hearing.

                                                            Respectfully submitted,

                                                            s/Damian A. Billak
                                                            **DAMIAN A. BILLAK (0065274)**
                                                            *COUNSEL FOR DEFENDANT*
                                                            Creekside Professional Centre
                                                            Bldg. F, Suite 100
                                                            6715 Tippecanoe Road
                                                            Canfield, OH 44406
                                                            Phone: 330-702-2000
                                                           Fax: 330-702-2970
                                                           E-mail: dbillak@billaklaw.com

## CERTIFICATE OF SERVICE

This is to certify that on July 31, 2019, a copy of the foregoing *Notice of Intent to Plea Guilty* was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/Damian A. Billak
**DAMIAN A. BILLAK (#0065274)**
*ATTORNEY FOR DEFENDANT*